## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Teresa Riffe, <br><br> Plaintiff, <br> v. <br><br> Client Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 10-cv-12072 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Client Services, Inc. with prejudice and without costs to any party.

| Teresa Riffe | Client Services, Inc. |
|---|---|
| __/s/ Sergei Lemberg__ | __/s/ Richard L. Nahigian__ |
| Sergei Lemberg, Esq. <br> BBO No.: 650671 <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | Richard L. Nahigian <br> PEABODY &ARNOLD LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210-2261 <br> 617-951-2100 <br> Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

  I hereby certify that on April 21, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg

                  Sergei Lemberg